# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **BETTY ALEXANDER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:20-cv-01192-RDP-JHE |
| ) | |
| **FEDERAL BUREAU OF PRISONS, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On September 25, 2020, the Magistrate Judge entered a Report and Recommendation, (Doc. 6), recommending that the petition for writ of habeas corpus be dismissed with prejudice. No objections have been filed. The court has considered the entire file in this action, together with the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.[1]

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be dismissed. A separate Order will be entered.

**DONE** and **ORDERED** this October 19, 2020.

*[signature]*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] On October 13, 2020, the copy of the Report and Recommendation mailed to Petitioner was returned to the court with the notation "Refused – No Longer Here." (*See* Doc. 7). It is Petitioner's responsibility to keep the court apprised of her mailing address. To the extent that Petitioner is no longer in custody, it appears her petition is independently due to be dismissed either as moot (due to her release from custody) or for want of prosecution (due to her failure to supply the court with a current, accurate address).